# United States District Court

## Southern District of Georgia

Ashley Davis

_____
Plaintiff

v.

Commissioner of Social Security

_____
Defendant

Case No. __6:25cv11__

Appearing on behalf of

__Ashley Davis__

(<mark>Plaintiff</mark>/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 28th day of February, 2025.

_/s/ Christopher L. Ray_
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Jennifer L. Dunn

Business Address: Dunn Law, PLLC
Firm/Business Name

890 Winter Street, Suite 230
Street Address

_____  Waltham   MA   02451
Street Address (con't)   City   State   Zip

_____
Mailing Address (if other than street address)

_____  _____  _____  _____
Address Line 2   City   State   Zip

781-478-7081                    MA Bar No. 667726
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: jdunn@dunnlawfirmpllc.com